# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
### (Spartanburg Division)

| | |
|---|---|
| PHILLIP FRANCIS LUKE HUGHES, on behalf of the ESTATE OF JANE K. HUGHES, JOANNE HAFTER, and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A.<br><br>    Defendant. | Case No. 7:15-cv-05083-MGL |

## ORDER ON MOTION TO STAY SCHEDULING ORDER DEADLINES PENDING RULING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT

The Court has reviewed Defendant Bank of America, N.A.'s ("Bank of America"), Motion to Stay Scheduling Order Deadlines Pending Ruling on Defendant's Motion to Dismiss Plaintiffs' Third Amended Complaint, and it appears to the Court that, in the interest of economy of time and effort for the court, counsel, and the litigants, the Motion to Stay should be granted. Therefore, it is ORDERED that Defendant Bank of America's Motion to Stay Scheduling Order Deadlines Pending Ruling on Defendant's Motion to Dismiss Plaintiffs' Third Amended Complaint is GRANTED. The deadlines set forth in this Court's Scheduling Order (ECF No. 24) other than those relating to the briefing of Defendant's Motion to Dismiss are hereby stayed pending a ruling on Defendant's Motion to Dismiss Plaintiffs' Third Amended Complaint.

  AND IT IS SO ORDERED.

                     s/Mary Geiger Lewis
                     The Honorable Mary Geiger Lewis
                     United States District Judge

April 25, 2016
Columbia, South Carolina