AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Phillip Francis Luke Hughes, on behalf of the Estate of Jane K. Hughes and all others similarly situated; Joanne Hafter, and all others similarly situated,
*Plaintiff*

v.

Bank of America National Association,
*Defendant*

Civil Action No.    7:15-cv-05083-MGL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the defendant's motion to dismiss is granted and this case is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:   February 13, 2017                                    ROBIN L. BLUME, CLERK OF COURT

                                                              s/Ashley Buckingham
                                                         *Signature of Clerk or Deputy Clerk*